UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Derek J. Baker, Esquire (1998001688)
Brian M. Schenker, Esquire
Lauren S. Zabel, Esquire (012132010)
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone:  609-987-0050
Fax:  609-951-0824
dbaker@reedsmith.com
bschenker@reedsmith.com
*Counsel for BEB Bergen Ave, LLC*

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| In re: <br><br> SUPOR PROPERTIES BERGEN AVENUE LLC <br><br> Debtor | Chapter 11 <br><br> Case No. 23-15758-SLM |

## CERTIFICATE OF SERVICE

I, Derek J. Baker, represent BEB Bergen Ave, LLC in this matter.

On December 7, 2023 I sent the following documents to the following entities below:

| **Name and Address of Party Served** | **List of Documents Served** | **Mode of Service** |
|---|---|---|
| Hudson County NJ Department of Taxation <br> 402 Kearney Ave. <br> Kearny, NJ 07032-2604 | Notice of Nonvoting Status <br> Notice of Confirmation Hearing <br> Interim Procedures Order <br> First Amended Disclosure Statement <br> First Amended Plan of Liquidation | Via regular mail |
| BEB Bergen Ave, LLC <br> 26 Harbor Park Drive <br> Port Washington, New York 11050 | Cover Letter <br> Class 2 Ballot <br> Notice of Confirmation Hearing <br> Interim Procedures Order | Via regular mail |

| | First Amended Disclosure Statement<br>First Amended Plan of Liquidation | |
|---|---|---|
| BEB Bergen Ave, LLC<br>26 Harbor Park Drive<br>Port Washington, New York 11050 | Cover Letter<br>Class 3 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Global Intl Advisors LLC<br>312 Sawmill Lane<br>Wyckoff, NJ 07481-3218 | Cover Letter<br>Class 3 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| TeamDream, Inc.<br>c/o AD3D-ADND Corporation<br>433 Bergen Ave., Unit 5<br>Kearny, NJ 07032 | Cover Letter<br>Class 3 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| AD3D-ADND Corporation<br>433 Bergen Ave., Unit 5<br>Kearny, NJ 07032 | Cover Letter<br>Class 3 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| J Supor Realty LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| J. Supor & Son Trucking and Rigging<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Supor Crane & Rigging LLC<br>433 Bergen Avenue, Unit 3<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement | Via regular mail |

| | First Amended Plan of Liquidation | |
|---|---|---|
| Supor Trucking LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation of Liquidation | Via regular mail |
| J Supor III, as Trustee of Marital Trust<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Joseph Supor III<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 4 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| J Supor III, as Trustee of Marital Trust under the Last Will and Testament of Joseph Supor, Jr. Dated September 13, 2002, as Amended by First Codicil Dated June 14, 2007<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Cover Letter<br>Class 5 Ballot<br>Notice of Confirmation Hearing<br>Interim Procedure Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Andrea Dobin<br>McManimon Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Michele M. Dudas<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Ste Second Floor<br>Roseland, NJ 07068 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Robert N. Snyder, Jr., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |

| | | |
|---|---|---|
| Suite 105B<br>Voorhees, New Jersey 08043 | | |
| Supor Properties Bergen Avenue LLC<br>433 Bergen Ave.<br>Kearny, NJ 07032 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Peter J. D'Auria, Esq.,<br>Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Jeffrey E. Tomei, Esq.<br>Tomei & Tomei PLLC<br>963 Post Avenue-2nd Floor<br>Staten Island, New York 10302 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Internal Revenue Service<br>Attn: District Director of the Internal Revenue Service, Insolvency Function<br>P.O. Box 724<br>Springfield, NJ 07081-0724 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Office of the United States Attorney<br>970 Broad St., Room 502<br>Rodino Federal Building<br>Newark, NJ 07102-2534 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| William Diker CPA<br>86-09 214th Street<br>Hollis Hills, NY 11427 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |
| Town of Kearney Txtn<br>402 Kearney Ave.<br>Kearny, NJ 07032-2604 | Notice of Confirmation Hearing<br>Interim Procedures Order<br>First Amended Disclosure Statement<br>First Amended Plan of Liquidation | Via regular mail |

Date: December 11, 2023           */s/ Derek J. Baker*
                                  Derek J. Baker, Esquire