UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Derek J. Baker, Esquire (1998001688)
Brian M. Schenker, Esquire
Lauren S. Zabel, Esquire (012132010)
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone:  609-987-0050
Fax:  609-951-0824
dbaker@reedsmith.com
bschenker@reedsmith.com

*Counsel for BEB Bergen Ave, LLC*

| In re: | Chapter 11 |
|---|---|
| SUPOR PROPERTIES BERGEN AVENUE, LLC | Case No. 23-15758-SLM |
| Debtor | Hearing Date:  1/30/23 @ 11:30 |
| | Judge Meisel |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      xxxx Withdrawn (without prejudice)

Matter: MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULE 3018(A)  OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE TEMPORARY ALLOWANCE OF THE BEB CLAIM OF BEB BERGEN AVE., LLC FOR THE SOLE PURPOSE OF VOTING TO ACCEPT OR REJECT PLAN

REED SMITH LLP

 s/ Derek J. Baker, Esquire
Derek J. Baker, Esq.

*Counsel for* BEB Bergen Ave, LLC

Dated: January 29, 2024