UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile:  (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
Caitlin C. Conklin, Esq. (CCC-5117)
Counsel for Joseph Supor III

In Re:

SUPOR PROPERTIES BERGEN AVENUE LLC,

Debtor.

Case No.:     23-15758 SLM

Chapter:     11

Hearing Date:     1/30/2024

Judge:     S.L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: to Allow Proof of Interest filed by Joseph Supor III for Voting Purposes

and for other Relief

Date: 1/29/2024

/s/ David S. Catuogno
Signature

*rev.8/1/15*