UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Charles M. Forman, Esq. (CMF-8937)
Michael E. Holt, Esq. (MEH-8735)
*Proposed Counsel for Supor Properties Bergen Avenue LLC*

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq (DSC-1397)
William Waldman, Esq. (WLW-1452)
*Counsel for Joseph Supor III*

In re:

Supor Properties Bergen Avenue LLC

       Debtor.

Case No. 23-15758 (SLM)
Judge: Hon. Stacey L. Meisel
Chapter 11

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    ☐ Settled    X Withdrawn

Matter: Motion to Object to Claim of BEB Bergen Ave, LLC and for Related Relief (ECF Docket No. 132)

317710036.1

FORMAN HOLT
Proposed Attorneys for Debtor

By: */s/ Michael E. Holt*
    Michael E. Holt

K&L GATES LLP
Attorneys for Joseph Supor III

Dated: January 30, 2024

By: */s/ David S. Catuogno*
    David S. Catuogno

317710036.1