UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Derek J. Baker, Esquire (1998001688)
Brian M. Schenker, Esquire
Lauren S. Zabel, Esquire (012132010)
REED SMITH LLP
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone:  609-987-0050
Fax:  609-951-0824
dbaker@reedsmith.com
bschenker@reedsmith.com
*Counsel for BEB Bergen Ave, LLC*

| In re: | Chapter 11 |
|---|---|
| SUPOR PROPERTIES BERGEN AVENUE, LLC | Case No. 23-15758-SLM |
| Debtor | **Hearing Date: February 6, 2024** |

**INDEX OF EXHIBITS AND LIST OF WITNESSES FOR HEARING (I) APPROVING THE THIRD AMENDED DISCLOSURE STATEMENT FOR THIRD AMENDED PLAN OF REORGANIZATION OR LIQUIDATION AND (II) CONFIRMING THE THIRD AMENDED PLAN OF REORGANIZATION OR LIQUIDATION TO BE HELD ON FEBRUARY 6, 2024**

     1.    The following exhibits may be used at the Hearing to commence on February 6, 2024:

| | Document/Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Confirmation Hearing Notice; and (IV) Granting Related Relief [Dkt. No. 112] | | | |

|  | Document/Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 2 | Certificate of Service relating to the solicitation materials was filed with this Court on December 11, 2023 [Dkt. No. 120] | | | |
| 3 | Declaration of Derek J. Baker, Esq. on Behalf of Reed Smith LLP Regarding Voting and Tabulation of Ballots Cast on the Second Amended Plan of Liquidation [Dkt. No. 142] | | | |
| 4 | Declaration of Keyvan Ghaytanchi in Support of BEB Bergen Ave, LLC's Memorandum of Law in Support of (I) Approving the Second Amended Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Plan of Liquidation. [Dkt. No. 143] | | | |
| 5 | Third Amended Plan of Reorganization or Liquidation [Dkt. No. 175] | | | |
| 6 | Third Amended Disclosure Statement in Support of Proposed Third Amended Plan of Reorganization or Liquidation [Dkt. No. 179] | | | |
| 7 | Declaration Of Keyvan Ghaytanchi In Support Of (i) Approval Of Third Amended Disclosure Statement On A Final Basis, And (ii) Confirming The Third Amended Plan Of Reorganization or Liquidation  [Dkt. No. 180] | | | |
| 8 | Declaration Of Joseph Supor, III In Support Of Order (I) Approving The Third Amended Disclosure Statement On A Final Basis, And (II) Confirming The Third Amended Plan Of Reorganization Or Liquidation [Dkt. No. 181] | | | |
| 9 | BEB Bergen Ave, LLC Class 2 Ballot | | | |
| 10 | BEB Bergen Ave., LLC Class 3 Ballot | | | |
| 11 | "Ballot" submitted by Global International Advisors, LLC | | | |
| 12 | Ballot submitted by J. Supor Realty LLC | | | |
| 13 | Ballot submitted by J. Supor & Son Trucking and Rigging | | | |
| 14 | Ballot submitted by Supor Crane & Rigging LLC | | | |
| 15 | Ballot submitted by Supor Trucking LLC | | | |

|  | Document/Description | Offered | Objection | Admitted |
|----|----------------------------------------------|---------|-----------|----------|
| 16 | Ballot submitted by J Supor III, as Trustee of Marital Trust | | | |
| 17 | Ballot submitted by Joseph Supor III | | | |
| 18 | Ballot submitted by J Supor III, as Trustee of Marital Trust | | | |

2.       BEB reserves the right to use any exhibits presented by any other party and to use additional exhibits for purposes of impeachment or rebuttal.

3.       BEB reserves the right to amend or supplement this exhibit list at any time prior to the Hearing

4.       BEB hereby designates and reserves its rights to call and/or cross-examine as witnesses at the Trial:

a.       Keyvan Ghaytanchi

b.       Joseph Supor III

c.       Any witness listed called or designated by any other party; and

d.       Any witness necessary to rebut (i) the testimony of any witness called or designated by any other party or (ii) any evidence presented or designated by any other party.

5.       BEB reserves the right to amend or supplement this witness list at any time prior to the Hearing.

Respectfully submitted,
**REED SMITH LLP**

*/s/ Derek J. Baker*
Derek J. Baker, Esquire
Reed Smith LLP
A Delaware Limited Liability Partnership
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone:  (609) 520-6390
Facsimile:  (609) 951-0824
E-mail:  dbaker@reedsmith.com