UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel M. Eliades, Esq. (DME-6203)
David S. Catuogno, Esq. (DSC-1397)
Caitlin C. Conklin, Esq. (CCC-5117)
K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Counsel to Joseph Supor III

In Re:

SUPOR PROPERTIES BERGEN AVENUE LLC,

Debtor

Case No.: 23-15758 SLM
Chapter: 11
Adv. No.:
Hearing Date:
Judge: S.L. Meisel

## CERTIFICATION OF SERVICE

1. I, **Caitlin C. Conklin**:

   ☒ represent **Joseph Supor III** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **February 7, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Findings of Fact, Conclusions of Law, and Order (I) Approving the Third Amended Disclosure Statement in Support of the Third Amended Plan of Reorganization or Liquidation and (II) Confirming the Third Amended Plan of Reorganization or Liquidation [ECF No. 189]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/7/2024

/s/ Caitlin C. Conklin
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffery E. Tomei, Esq.<br>Tomei & Tomei, PLLC<br>963 Post Avenue<br>Staten Island, NY 10302 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. D′Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Attorney for U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrea Dobin, Esq. and Michele M. Dudas, Esq.<br>McManimon Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert N. Snyder, Jr., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, New Jersey 08043 | Accountant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Attorney<br>970 Broad St., Room 502<br>Rodino Federal Building<br>Newark, NJ 07102-2534 | U.S. Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William Diker CPA<br>86-09 214th Street<br>Hollis Hills, NY 11427 | Accountant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Attn: District Director of the Internal Revenue Service, Insolvency Function<br>P.O. Box 724<br>Springfield, NJ 07081-0724 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BEB Bergen Ave, LLC<br>26 Harbor Park Drive<br>Port Washington, New York 11050 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BEB Bergen Ave, LLC<br>c/o Derek J. Baker, Esq.<br>Brian M. Schenker, Esq.<br>Lauren S. Zabel, Esq.<br>Reed Smith LLP<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Global Intl Advisors LLC<br>312 Sawmill Lane<br>Wyckoff, NJ 07481-3218 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| TeamDream, Inc.<br>c/o AD3D-ADND Corporation<br>433 Bergen Ave., Unit 5<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| AD3D-ADND Corporation<br>433 Bergen Ave., Unit 5<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| J Supor Realty LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Supor & Son Trucking and Rigging<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Supor Crane & Rigging LLC<br>433 Bergen Avenue, Unit 3<br>Kearny, NJ 07032-3938 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Trucking LLC<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties Bergen Avenue LLC<br>433 Bergen Ave.<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Supor Properties Bergen Avenue LLC<br>c/o Charles M. Forman, Esq.<br>Michael E. Holt, Esq.<br>Forman Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Supor III<br>433 Bergen Avenue<br>Kearny, NJ 07032-3938 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*