# SHARER PETREE BROTZ & SNYDER

*Certified Public Accountants*
*Business Advisors*

Laurelwood Corporate Center

| 18 West King Street | 1103 Laurel Oak Road | Tel: 856-435-3200 |
|---|---|---|
| Malvern, PA 19355 | Suite 105B | Fax: 856-435-4868 |
| 610-647-7840 | Voorhees, NJ 08043 | www.SharerPBS.com |

INVOICE submitted to:
Supor Properties Bergen Avenue LLC
c/o Andrea Dobin, Trustee
427 Riverview Plaza
Trenton, NJ` 08611

March 13, 2024

Invoice #    29481

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2023 | RNS | Review docket and claims register in preparation for case work | 0.20 | 84.00 |
| | RNS | Review application filed by debtor's accountant | 0.20 | 84.00 |
| | RNS | Review petiton, schedules, amended schedules and statement of financial affairs filed by debtor in preparation for case work | 0.30 | 126.00 |
| | RNS | Initial review of appraisal of real property | 0.30 | 126.00 |
| | RNS | Review monthly operating reports filed by debtor for July - November 2023 | 0.30 | 126.00 |
| | RNS | Review proof of claim filed by secured creditor | 0.30 | 126.00 |
| | RNS | Telephone call with trustee re: case background, real estate, secured creditor, competing plans, strategy, MOR filing and related matters | 0.40 | 168.00 |
| | RNS | Initial review of plans and disclosure statements filed by debtor and secured creditor | 0.50 | 210.00 |
| 12/3/2023 | RNS | Review report of investigation filed by trustee | 0.30 | 126.00 |

**Supor Properties Bergen Avenue LLC**                                                                Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/5/2023 RNS | | Leave message for William Diker re: introduction, request for return call, list of information needed to be provided | 0.10 | 42.00 |
| | RNS | Draft note to trustee re: contact information needed for debtor's accountant and related matters; review reply detailing results of hearing, confirmation of need to contact accountants | 0.20 | 84.00 |
| | RNS | Draft note to William Diker re: request for records needed for monthly operating reports and other compliance issues | 0.30 | 126.00 |
| 12/7/2023 RNS | | Leave voicemail for William Diker re: followup on earlier message and email requesting records | 0.10 | 42.00 |
| 12/8/2023 RNS | | Review note from William Diker re: confirmation of receipt of request, followup expected next week; reply | 0.10 | 42.00 |
| 12/12/2023 RNS | | Draft note to William Diker re: followup on documents requested | 0.10 | 42.00 |
| | RNS | Review amended plan and disclosure statement filed by secured creditor | 0.20 | 84.00 |
| | RNS | Review note from Tom Kellerman re: followup on document request, pending meeting with debtor's management; reply; forward to trustee | 0.20 | 84.00 |
| | RNS | Download MOR template from US Trustee site; initial setup of monthly operating report for December 2023; research industry code | 0.40 | 168.00 |
| 12/14/2023 RNS | | Review note from Jeffrey Tomei re: correspondence in response to document request; review correspondence detailing response | 0.20 | 84.00 |
| | RNS | Telephone call with Larry Chodor re: case background, DIP operations, documents to be requested and related matters | 0.20 | 84.00 |
| | RNS | Draft note to Larry Chodor re: request for records needed for monthly operating reports and other compliance issues | 0.20 | 84.00 |
| | RNS | Telephone call with trustee re: status of documents requested from accountants, other case issues | 0.20 | 84.00 |
| 12/15/2023 RNS | | Review note from trustee re: funds received from bank, requested bank statements; initial review of bank statements received; reply | 0.30 | 126.00 |
| 1/3/2024 RNS | | Draft note to Larry Chodor re: followup on requested financial information | 0.10 | 42.50 |

**Supor Properties Bergen Avenue LLC**                                                                    Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/16/2024 | RNS | Review joint objection of debtor and Joseph Supor to final approval of plan and disclosure statement of secured creditor | 0.20 | 85.00 |
| | RNS | Review objection to proof of claim filed by secured creditor by debtor and supporting documents including certification, leases and appraisals | 0.40 | 170.00 |
| 1/18/2024 | RNS | Draft note to trustee re: information needed for December MOR, status of records request to prior accountant; review reply | 0.20 | 85.00 |
| 1/23/2024 | RNS | Telephone call with trustee's assistant re: followup on requested information for MOR and related matters | 0.10 | 42.50 |
| | RNS | Review note from trustee's assistant re: cash receipts and disbursements ledger for December and bank statement; initial review of documents | 0.20 | 85.00 |
| | RNS | Review earlier MOR's filed by debtor; draft note to trustee re: calculation of US Trustee fees, payment instructions and related matters | 0.30 | 127.50 |
| 1/25/2024 | RNS | Review note from trustee re: request to new debtor's counsel for cooperation and records from prior accountant; review reply; related followup | 0.20 | 85.00 |
| | RNS | Draft note to trustee re: transmittal of December MOR for review and approval, process and related matters | 0.20 | 85.00 |
| | RNS | Review and archive executed MOR; file with court | 0.20 | 85.00 |
| | RNS | Draft note to trustee re: need for subpeona to prior accountant due to lack of response, information needed and contact information; review reply | 0.30 | 127.50 |
| | RNS | Draft note to December MOR and compile supporting records | 0.40 | 170.00 |
| | RNS | Review cash receipts and disbursements register received from trustee and December bank statements; prepare monthly operating report for December 2023 | 0.80 | 340.00 |
| 2/9/2024 | RNS | Review findings of fact, conclusions of law and order approving the third amended disclosure statement in support of third amended plan of reorganization or liquidation and related consent orders with debtor | 0.50 | 212.50 |
| 2/14/2024 | RNS | Draft note to trustee re: information needed for January MOR and related matters; review reply regarding notice from UST on oustanding fees; review file; reply | 0.30 | 127.50 |

**Supor Properties Bergen Avenue LLC**                                                                                       Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/14/2024 | RNS | Review note from trustee's assistant re: January bank statement and ledger; initial review of documents; review related note from trustee; reply; related followup | 0.30 | 127.50 |
| 2/15/2024 | RNS | Draft note to January MOR and compile supporting records | 0.30 | 127.50 |
| | RNS | Review cash receipts and disbursements register received from trustee and January bank statements; prepare monthly operating report for January 2024 | 1.00 | 425.00 |
| 2/19/2024 | RNS | Review note from trustee re: inquiry from debtor's counsel on UST fees oustanding, status of resolution and related matters | 0.10 | 42.50 |
| | RNS | Draft note to trustee re: followup on additional information needed to finalize January MOR and related matters | 0.10 | 42.50 |
| 2/20/2024 | RNS | Review note from trustee's assistant re: revised and updated ledgers; reply | 0.10 | 42.50 |
| | RNS | Review and archive executed MOR; file with court | 0.20 | 85.00 |
| | RNS | Update support for January MOR; draft note to trustee re: transmittal of January MOR for review and approval, process and related matters; review reply | 0.30 | 127.50 |
| 2/22/2024 | RNS | Review note from trustee re: effective date of plan, closing of accounts and related matters; reply | 0.20 | 85.00 |
| 2/26/2024 | RNS | Review note from Hugh Ward, US Trustee's office re: account statement for trustee fees, confirmation of payment received and related matters; review statement | 0.10 | 42.50 |
| 3/5/2024 | RNS | Draft note to trustee re: request for information needed for February MOR and related matters; review reply; initial review of February ledger | 0.20 | 85.00 |
| | RNS | Prepare MOR template for February report | 0.20 | 85.00 |
| 3/7/2024 | RNS | Draft note to January MOR and compile supporting records | 0.20 | 85.00 |
| | RNS | Draft note to trustee re: transmittal of February MOR for review and approval and related matters; review reply | 0.20 | 85.00 |
| | RNS | Review and archive executed MOR; file with court | 0.20 | 85.00 |
| | RNS | Prepare fee application | 0.80 | 340.00 |

**Supor Properties Bergen Avenue LLC**                                                  Page      5

|  |  | Hours | Amount |
|---|---|---|---|
| 3/7/2024 RNS | Review cash receipts and disbursements register received from trustee and February bank statement; prepare monthly operating report for February 2024 | 0.80 | 340.00 |
| | For professional services rendered | 15.30 | $6,474.50 |
| | Additional Charges : | | |
| 3/7/2024 | Photocopies - 64 @ $.20 | | 12.80 |
| | Total costs | | $12.80 |
| | Total amount of this bill | | $6,487.30 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 9.70 | 425.00 | $4,122.50 |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 5.60 | 420.00 | $2,352.00 |