| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROBERT N. SNYDER, JR., CPA<br>SHARER PETREE BROTZ & SNYDER<br>1103 Laurel Oak Road, Suite 105B<br>Voorhees, NJ 08053<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
| In Re:<br><br>SUPOR PROPERTIES BERGEN AVENUE, LLC | Case No.: 23-15758<br>Adv. No.: <br>Hearing Date: 04/16/24 @ 2:00PM<br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, __Cheryl Shapiro__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Barry R. Sharer__, who represents the __accountant__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __03/13/24__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for fees and expenses along with supporting documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 03/13/24                                     /s/ Cheryl C. Shapiro
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Centre<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrea Dobin<br>McManimon Scotland & Baumann<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |