# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

Debtor: Supor Properties Bergen Avenue LLC          Applicant: McManimon Scotland & Baumann, LLC

Case No.: 23-15758(SLM)          Client: Andrea Dobin

Chapter: 7          Case Filed: July 5, 2023

## SECTION 1
## FEE SUMMARY

___ Interim Fee Application No. or _x_ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0 | $ 0 |
| Total Fees Allowed To Date: | $ 0 | $ 0 |
| Total Retainer (If Applicable) | $ 0 | $ 0 |
| Total Holdback (If Applicable) | $ 0 | $ 0 |
| Total Received By Applicant | $ 0 | $ 0 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Andrea Dobin, Esq. | 1990 | 37.10 | $505-$520 | $19,055.00 |
| 2. Michele M. Dudas, Esq. | 2006 | 68.60 | $470-$510 | $33,846.00 |
| 3. Eric E. Tomaszewski, Esq. | 2004 | 1.4 | $470 | $658.00 |
| 4. Bernadette B. Chillemi, Paralegal |  | 1.0 | $190 | $190.00 |
| 5. Terri E. Olsen, Legal Assistant |  | 1.0 | $175 | $175.00 |

Fee Total                              $53,924.00

Disbursements Totals                    $1,524.33

Total Fee Application                  $55,448.33

SECTION II
SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 6.30 | $3,085.00 |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work | 7.50 | $3,352.00 |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 30.70 | $15,173.50 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims | 1.30 | $664.00 |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 1.00 | $175.00 |
| i) **Fee/Employment Objections** Review of an objection to the employment and fee applications of others. | | |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | | |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 16.10 | $7,884.50 |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 46.20 | $23,590.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Anslysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc.. | | |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoidance actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and bringing accounting current.. | | |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns.. | | |
| v) **Valuation** <br> Appraise or review appraisals of assets.. | | |
| w) **Travel Time** | | |
| | | |
| **SERVICE TOTALS** | 109.10 | $53,924.00 |

SECTION III
SUMMARY OF DISBURSEMENTS

| DISBURSEMTNS | AMOUNT |
|---|---|
| a) **Filing Fees** <br> Payable to Clerk of Court. | $100.00 |
| b) **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | $39.67 |
| c) **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print.. | $133.70 |
| d) **Fax** <br> Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) **In-house Reproduction Services** <br> Exclusive of overhead charges. | $502.40 |
| g) **Outside Reproduction Services** <br> Including scanning services. | |
| h) **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting** <br> Transcripts. | |
| j) **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers** <br> Overnight and personal delivery. | $368.05 |
| l) **Postage** | $80.51 |
| m) **Other (specify)** Court Solutions | $250.00 |
| n) **Business Record Service** | $50.00 |
| **DISBURSEMENTS TOTALS** | $1,524.33 |

I certify that under penalty of perjury that the above is true.

Date: 4.5.2024                                             /s/ *Andrea Dobin*
                                                                    Andrea Dobin

4880-4108-6388, v. 1