

McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

March 29, 2024

Andrea Dobin, Trustee

| | |
|---|---:|
| Invoice #: | 221840 |
| Client #: | 18811 |
| Matter #: | 1149 |
| Billing Attorney: | AD |

## INVOICE SUMMARY

For Professional Services Rendered Through March 29, 2024.

**RE: Supor Properties Bergen Avenue LLC - Legal time**

| | |
|---|---:|
| Total Professional Services | $ 53,924.00 |
| Total Disbursements | $ 1,524.33 |
| **TOTAL THIS INVOICE** | **$ 55,448.33** |

**MS&B**  McMANIMON • SCOTLAND • BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/15/23 | MMD | Call with A. Dobin re: appointment in Supor Properties; call with D. Baker, counsel to secured creditors; review docket report | 1.20 | 564.00 |
| 11/16/23 | MMD | Review insurance related information and meeting with Trustee at property | .20 | 94.00 |
| 11/17/23 | AD | Email exchange with D Baker re insurance. | .10 | 50.50 |
| 11/17/23 | AD | Telephone call with insurance agent and follow up asking for policy. | .20 | 101.00 |
| 11/17/23 | AD | Email to J Tomei re meeting. | .10 | 50.50 |
| 11/17/23 | AD | Prepare Entry of appearance; ECF same; email to M Dudas with update. | .20 | 101.00 |
| 11/17/23 | MMD | Review issues relating to insurance and meeting with Debtor | .10 | 47.00 |
| 11/17/23 | MMD | Draft and file Notice of Appearance in Chapter 11 case on behalf of Trustee | .20 | 94.00 |
| 11/20/23 | AD | Email exchange with J Tomei re meeting. | .20 | 101.00 |
| 11/20/23 | MMD | Continue review of competing Plans on file | .70 | 329.00 |
| 11/20/23 | MMD | Review information relating to November 21 conference with Debtor's counsel | .10 | 47.00 |
| 11/21/23 | AD | Review objection to disclosure statement; conference with M Dudas re same. | .20 | 101.00 |
| 11/21/23 | AD | Conference with Debtor and advisors re next steps and errors to be corrected. | 1.30 | 656.50 |
| 11/21/23 | AD | Conference with M Dudas re strategy to avoid contested confirmation. | .50 | 252.50 |
| 11/21/23 | AD | Email to D Baker re status and need for call. | .10 | 50.50 |
| 11/21/23 | MMD | Review and analyze Opposition of secured creditor to hearing on Disclosure Statement | .10 | 47.00 |
| 11/21/23 | MMD | Confer with Trustee post-call with Debtor re: status and strategy | .50 | 235.00 |
| 11/21/23 | MMD | Participate in introductory call with Chapter 11 Trustee, Debtor, counsel and representatives | .70 | 329.00 |
| 11/22/23 | AD | Review Insurance policy. | .30 | 151.50 |
| 11/22/23 | AD | Email to Insurance Agent re debtor is not named, etc. | .30 | 151.50 |
| 11/22/23 | AD | Conference with M Dudas re strategy. | .10 | 50.50 |
| 11/22/23 | AD | Email from Insurance agent confirming debtor is not insured; extensive email demanding fix. | .30 | 151.50 |
| 11/22/23 | AD | Extensive email to J Tomei re problem associated with insurance, etc. | .20 | 101.00 |
| 11/22/23 | AD | Telephone call with D Baker re possible resolution. | .40 | 202.00 |
| 11/22/23 | MMD | Call with D. Baker and A. Dobin re: sale and related confirmation issues | .70 | 329.00 |
| 11/22/23 | MMD | Review and upload all documents provided by secured creditor relating to 2004 Examination issues | 1.30 | 611.00 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/23 | MMD | Review issues relating to insurance and various e-mails to/from Trustee to Debtor's counsel and insurance broker; confer with A. Dobin re: same | .40 | 188.00 |
| 11/27/23 | AD | Review status of real estate taxes. | .20 | 101.00 |
| 11/27/23 | AD | Extensive email to J Tomei re items to be resolved - retention papers, filing MORs, transitioning banking, paying real estate taxes, etc. | .40 | 202.00 |
| 11/27/23 | MMD | Review issues relating to insurance binder; review e-mail from Trustee re: actions needed to be taken by Debtor | .20 | 94.00 |
| 11/28/23 | AD | Email exchange with D Baker re insurance coverage and deposition scheduled for Thursday. | .20 | 101.00 |
| 11/28/23 | AD | Review info from D Baker re proposal for short payoff not coming; review Debtor response to prior negotiations, etc. | .30 | 151.50 |
| 11/28/23 | AD | Email to D Baker re response. | .30 | 151.50 |
| 11/28/23 | MMD | Review e-mails re: global settlement terms with secured creditor and response; discuss issues with Trustee | .50 | 235.00 |
| 11/28/23 | MMD | Review e-mails relating to insurance policy and secured creditor's intended Rule 2004 exaination | .20 | 94.00 |
| 11/29/23 | AD | Review D Baker counteroffer as to moving toward confirmation. | .20 | 101.00 |
| 11/29/23 | MMD | Review counteroffer from counsel to secured creditor re: sale and confirmation terms; e-mails to/from Trustee re: same | .20 | 94.00 |
| 11/29/23 | MMD | Review e-mail from Trustee to Debtor's counsel re: immediate actions to be taken or case would be converted | .10 | 47.00 |
| 11/30/23 | AD | Letter from Tomei re outstanding demands; review attachments. | .30 | 151.50 |
| 11/30/23 | AD | Extensive email to D Baker re change of approach, arrangements for Tuesday's motion. | .40 | 202.00 |
| 11/30/23 | AD | Review Retention Applicaion from Tomei. | .20 | 101.00 |
| 11/30/23 | MMD | Confer with Trustee re: settlement options and issues for December 5, 2023 hearing | .40 | 188.00 |
| 12/01/23 | AD | Review retention papers filed by debtor's counsel. | .20 | 101.00 |
| 12/01/23 | AD | Draft report under 1106; ecf same; email courtesy copies. | 2.80 | 1,414.00 |
| 12/01/23 | MMD | Review and discuss retention pleadings of Debtor's professionals with Trustee and actions to be taken | .30 | 141.00 |
| 12/01/23 | MMD | Review Chapter 11 Trustee report | .30 | 141.00 |
| 12/01/23 | MMD | Review information respecting proposed brokers for Debtor's property; discuss removal of tenants in connection with marketing and sale issues | .20 | 94.00 |
| 12/01/23 | TO | Prepare and file accountant retention application. | 1.00 | 175.00 |
| 12/04/23 | AD | Review recent filings by Tomei. | .20 | 101.00 |
| 12/04/23 | AD | Conference with M Dudas re strategy for tomorrow's hearings. | .20 | 101.00 |
| 12/04/23 | AD | Email to Court re appearance by phone tomorrow; Register for Court Solutions. | .30 | 151.50 |
| 12/04/23 | AD | Review newly filed MOR and all other refiled pleadings. | .30 | 151.50 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/23 | MMD | Coordinate appearance at December 5 hearing; confer with Trustee re: various issues and prepare for hearing | .80 | 376.00 |
| 12/05/23 | AD | Email to Tomei re turnover of funds. | .30 | 151.50 |
| 12/05/23 | AD | Conference with P' D'Auria re outcome of hearing and objection to Tomei retention. | .20 | 101.00 |
| 12/05/23 | MMD | Participate in December 5 hearings; review entered Orders re: same; update calendars for confirmation dates | .80 | 376.00 |
| 12/05/23 | MMD | Continue review of leases for properties | .90 | 423.00 |
| 12/06/23 | MMD | Confer with Trustee re: sale and issues relating to confirmation; discuss eviction of tenants and related relief | .30 | 141.00 |
| 12/07/23 | MMD | Call with counsel to secured creditor and Chapter 11 Trustee re: sale and confirmation process | .70 | 329.00 |
| 12/07/23 | MMD | Review revised Plan and Disclosure Statement; discuss with Trustee | .30 | 141.00 |
| 12/07/23 | MMD | Continued review of leases for insider entities and review issues relating to cause to reject | .70 | 329.00 |
| 12/08/23 | AD | Review Corporate status reports; look in DE for corporate status reports. | .30 | 151.50 |
| 12/08/23 | MMD | Confer with Trustee re: post-site visit and actions to be taken; review information and investigation regarding into additional tenants and related companies | .70 | 329.00 |
| 12/11/23 | MMD | Review Objections to retention filed by US Trustee and counsel to secured creditor | .20 | 94.00 |
| 12/12/23 | MMD | Review notice of deposition issued by lenders to Travelers Insurance | .10 | 47.00 |
| 12/14/23 | AD | Review letter from Debtor's counsel to R Snyder re missing information; TL from R Snyder re current investigation, etc. | .30 | 151.50 |
| 12/14/23 | MMD | Confer with Trustee re: adversary to evict tenants; outline intended relief to be sought | .80 | 376.00 |
| 12/14/23 | MMD | Review information relating to turnover of funds in account and review bank statements | .40 | 188.00 |
| 12/15/23 | BBC | Ordered business status report; saved to file and circulated to A. Dobin and M. Dudas. | .50 | 95.00 |
| 12/15/23 | MMD | Review information relating to Team Dream and actions to be taken vs. tenants | .30 | 141.00 |
| 12/18/23 | AD | Letter to Citizen's Bank re turnover of bank accounts. | .30 | 151.50 |
| 12/18/23 | AD | Review status of real estate taxes; letter to Kearny Tax collector. | .20 | 101.00 |
| 12/18/23 | MMD | Review e-mails from Trustee to counsel to secured creditor re: status and bank account information | .20 | 94.00 |
| 12/19/23 | AD | Telephone call from M Shipper re Newmark interest in listing property. | .40 | 202.00 |
| 12/19/23 | AD | Email exchange with BEB's counsel re need survey; review survey. | .20 | 101.00 |
| 12/19/23 | AD | Telephone call with J Tomei re what tenants are moving out; substitution of counsel by D Eliades; email to secured creditor counsel re same; conference with M Dudas re same. | .40 | 202.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/23 | MMD | Review e-mail from Trustee to secured creditor re: broker requesting survey information | .10 | 47.00 |
| 12/19/23 | MMD | Confer with Trustee re: Debtor's retention of new counsel and potential impact on sale/confirmation | .20 | 94.00 |
| 12/20/23 | AD | Conference with secured creditor counsel re debtor's new counsel. | .10 | 50.50 |
| 12/20/23 | MMD | Review responses of secured creditor re: Debtor's retention of new counsel and overall impact on Chapter 11 case | .30 | 141.00 |
| 12/20/23 | MMD | Begin drafting Complaint vs. tenants | .90 | 423.00 |
| 12/21/23 | AD | Telephone call with from D Eliades re represntation of Joe Supor; email to M Dudas and secured creditor counsel re same. | .40 | 202.00 |
| 12/21/23 | MMD | Review issues relating to retention of new counsel; discuss with Trustee | .20 | 94.00 |
| 12/21/23 | MMD | Continue drafting Complaint and analyzing issues for inclusion in eviction proceeding vs. tenants | 1.60 | 752.00 |
| 12/22/23 | AD | Conference with M Dudas re causes of action in complaint v tenants and terms of leases. | .40 | 202.00 |
| 12/22/23 | AD | Email from NAI with letter of intent as to $26MM sale; Follow up emails with presenting broker and counsel to BEB re same. | .40 | 202.00 |
| 12/22/23 | MMD | Review Letter of Intent received for property and Trustee's comments re: same; review e-mails to/from broker | .20 | 94.00 |
| 12/22/23 | MMD | Research re: rejection of TeamDream lease | 1.70 | 799.00 |
| 12/22/23 | MMD | Continue drafting Complaint for eviction and related relief | 1.60 | 752.00 |
| 12/26/23 | MMD | Continue research re: removal of TeamDream from possession of leased property by way of rejection motion | 1.60 | 752.00 |
| 12/27/23 | AD | Review Notice to Quit; email to M Dudas with comments and extent of notice needed to AD3D. | .40 | 202.00 |
| 12/27/23 | MMD | Draft Notices to Quit to all tenants; discuss with Trustee, finalize and coordinate service | 1.70 | 799.00 |
| 12/28/23 | AD | Conference with M. Dudas re adding Gallery Development as party defendant | .20 | 101.00 |
| 12/28/23 | AD | Reviewed NJ search as to TeamDream - who is the registered agent, etc.; Conference with M. Dudas re same | .30 | 151.50 |
| 12/28/23 | BBC | Obtained business status report as to Gallery Development Corp.; forwarded same to A. Dobin and M. Dudas | .50 | 95.00 |
| 12/28/23 | MMD | E-mails to/from Trustee re: corporate status of various tenants; run updated search on TeamDream and provide results; review and compare two different leases (Team Dream and TeamDream/AD3D-ADND) | .80 | 376.00 |
| 12/28/23 | MMD | Revise Complaint; forward to Trustee for review and comment | 1.80 | 846.00 |
| 1/02/24 | AD | Review and revise Complaint for eviction. | .70 | 364.00 |
| 1/02/24 | MMD | Continue research re: rejection of TeamDream lease if tenant not in possession and other breaches exist | 1.80 | 918.00 |
| 1/02/24 | MMD | Review and incorporate Trustee comments to Complaint | .50 | 255.00 |

**MS&B** McMANIMON • SCOTLAND • BAUMANN       75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/03/24 | AD | Conference with M Dudas re rejection of Team Dream lease and strategy re timing of complaint. | .30 | 156.00 |
| 1/03/24 | AD | Email exchange with D Baker re preparation for confirmation. | .20 | 104.00 |
| 1/03/24 | AD | Email exchange with possible broker re calculation of value, etc. | .20 | 104.00 |
| 1/03/24 | MMD | Review response of proposed purchaser re: sale price and secured creditor's response to same; discuss with Trustee | .20 | 102.00 |
| 1/03/24 | MMD | Confer with Trustee re: Complaint vs. tenants and related issues, including timing re: same | .30 | 153.00 |
| 1/05/24 | MMD | Call with D. Eliades re: representation of J. Supor, individually; review joint settlement offer and discuss with Trustee | .50 | 255.00 |
| 1/08/24 | MMD | Review Notices of Appearance, Retention Application for Substitute Counsel | .10 | 51.00 |
| 1/08/24 | MMD | Review Ballots submitted by Supor parties to counsel to secured creditor; review e-mail from US Trustee re: extension of time to object to confirmation | .20 | 102.00 |
| 1/08/24 | MMD | Call with D. Eliades, D. Catugno, C. Forman and M. Holt re: representation and settlement offer; relay message to Trustee; review offer to secured creditor | .60 | 306.00 |
| 1/09/24 | AD | Telephone call with D Baker, D Eliades, C Forman, M Dudas etc re prospects for consensual plan. | .80 | 416.00 |
| 1/09/24 | AD | Conference with M Dudas re outcome of call. | .30 | 156.00 |
| 1/09/24 | MMD | Various e-mails re: potential objection of US Trustee to confirmation and resolution of issues | .20 | 102.00 |
| 1/09/24 | MMD | Call with J. Eisenberg, counsel to Team Dream re: settlement; discuss with Trustee; relay information to counsel to secured creditor and coordinate call with counsel to Supor re: same | .60 | 306.00 |
| 1/09/24 | MMD | Review and analyze Objection of Debtors/Supor to BEB Proof of Claim | .40 | 204.00 |
| 1/09/24 | MMD | Call with counsel to lender, counsel to Debtor, counsel to Supor and A. Dobin re: settlement options | .70 | 357.00 |
| 1/10/24 | MMD | Call with P. D'Auria, Office of the United States Trustee and D. Baker, counsel to BEB re: confirmation issues; relay information to Trustee | .30 | 153.00 |
| 1/10/24 | MMD | Call with D. Eliades re: TeamDream causes of action | .20 | 102.00 |
| 1/10/24 | MMD | Review proposed Surrender Agreement proposed by TeamDream; draft outline to Trustee with recommendations; redline changes to Agreement | .80 | 408.00 |
| 1/10/24 | MMD | Review and analyze Objection to Confirmation filed by Debtor/Supors | .30 | 153.00 |
| 1/11/24 | AD | Review and revise Surrender Agreement; email exchange with M Dudas re same, including updated agreement with an even broader release. | .40 | 208.00 |
| 1/11/24 | MMD | Review Trustee comments to Lease Surrender Agreement; review revised Agreement forwarded by counsel to TeamDream and respond | .40 | 204.00 |
| 1/11/24 | MMD | Review various e-mails re: payment of $90,000 by Supor entities to extend lease termination date | .20 | 102.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/24 | AD | Telephone call with D Baker, B Schenker, M Dudas re strategy on plan structure, removing debtor affiliates from property. | 1.00 | 520.00 |
| 1/12/24 | AD | Conference with M Dudas re strategy. | .30 | 156.00 |
| 1/12/24 | AD | Conference with M Dudas re settlement offer to be made to TeamDream. | .10 | 52.00 |
| 1/12/24 | AD | Review Debtor objection to BEB Disclosure Statement. | .40 | 208.00 |
| 1/12/24 | MMD | Review proposed confirmation documents and information respecting BEB's right to vote on Plan | .30 | 153.00 |
| 1/12/24 | MMD | Call with counsel to BEB and Chapter 11 Trustee re: confirmation issues | .90 | 459.00 |
| 1/12/24 | MMD | Discuss with Trustee re: need for assurances/consequences if Debtor/Supor entities do not comply with exercise of right of first refusal; e-mail to counsel to Debtor and Supor re: same | .30 | 153.00 |
| 1/12/24 | MMD | Review response from counsel to TeamDream re: Surrender Agreement; discuss with Trustee | .20 | 102.00 |
| 1/14/24 | MMD | Review responses of counsel to Supor parties re: settlement terms | .10 | 51.00 |
| 1/15/24 | MMD | Review revised Plan and Disclosure Statement documents by counsel to BEB | .30 | 153.00 |
| 1/16/24 | AD | Email exchange with Secured creditor counsel re changes to plan and disclosure statement. | .20 | 104.00 |
| 1/16/24 | AD | Extensive email to D Eliades. | .40 | 208.00 |
| 1/16/24 | AD | Review Plan re auction process to develop exhibit re plan administrator compensation; email to D Baker re same. | .40 | 208.00 |
| 1/16/24 | AD | Email from D Eliades responding to settlement offer. | .10 | 52.00 |
| 1/16/24 | MMD | Review various e-mails re: amended Plan terms; discuss with Trustee | .80 | 408.00 |
| 1/16/24 | MMD | Review Objection of US Trustee to Application to Retain Formal Holt | .10 | 51.00 |
| 1/17/24 | AD | Review Modified Plan and confirmation documents. | .40 | 208.00 |
| 1/17/24 | EET | Teleconference w/ M. Dudas re: ISRA issues; initial legal research re: same. | .80 | 376.00 |
| 1/17/24 | MMD | Confer with Trustee re: adversary proceeding vs. TeamDream | .20 | 102.00 |
| 1/17/24 | MMD | Review further modifications to Plan and Disclosure Statement by secured creditor relating to settlement with Supor parties; call with B. Schenker and A. Dobin re: same | .60 | 306.00 |
| 1/17/24 | MMD | Call with D. Eliades and D. Catugno re: settlement and confirmation issues; relay information to Trustee | .60 | 306.00 |
| 1/18/24 | AD | Review Debtor objection to BEB Plan; conference with M Dudas re preparation for Tuesday's confirmation hearing. | .60 | 312.00 |
| 1/18/24 | MMD | Review e-mail from counsel to TeamDream; review Trustee response and reply | .20 | 102.00 |
| 1/18/24 | MMD | Discuss confirmation issues with Chapter 11 Trustee | .40 | 204.00 |
| 1/18/24 | MMD | Review Motion filed by BEB re: allowance of claim for voting purposes | .20 | 102.00 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN      75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/18/24 | MMD | Review and analyze settlement term sheet proposed by Debtor/J. Supor | .40 | 204.00 |
| 1/19/24 | AD | Review and analyze Term Sheet produced by J Supor. | 1.00 | 520.00 |
| 1/19/24 | AD | Conference with M Dudas in preparation for meeting. | .50 | 260.00 |
| 1/19/24 | AD | Telephone call with D Eliades, M Holt, C Forman, M Dudas etc. re debtor's intended proposed plan; conference with M Dudas re results of call. | 1.50 | 780.00 |
| 1/19/24 | MMD | Participate in call with D. Eliades, D. Catugno, C. Forman and M. Holt re: settlement proposal; review e-mails between counsel to Supors and BEB re: confirmation issues | 1.20 | 612.00 |
| 1/19/24 | MMD | Review Motion to allow J. Supor claim for voting purposes | .20 | 102.00 |
| 1/19/24 | MMD | Confer with A. Dobin pre-and-post call with counsel to Supor parties; review Term Sheet with Trustee | .60 | 306.00 |
| 1/22/24 | AD | Email exchange with B Schenker re extension granted for lease termination. | .10 | 52.00 |
| 1/22/24 | AD | Arrange for meeting this afternoon. | .10 | 52.00 |
| 1/22/24 | AD | Review Debtor's disclosure statement. | 1.10 | 572.00 |
| 1/22/24 | AD | Review scheduling order adjourning hearings and outline hearings scheduled/to be scheduled. | .20 | 104.00 |
| 1/22/24 | AD | Telephone call with BEB counsel and M Dudas re strategy on confirmation. | 1.10 | 572.00 |
| 1/22/24 | AD | Meet and confer - BEB counsel, Debtor's counsel, Supor's counsel and UST. | 1.00 | 520.00 |
| 1/22/24 | MMD | Prepare file for January 23 hearing dates | .60 | 306.00 |
| 1/22/24 | MMD | Meet and confer with counsel to US Trustee, counsel to BEB, counsel to Debtor and Supor and A. Dobin re: status/confirmation hearing | 1.00 | 510.00 |
| 1/22/24 | MMD | Call with counsel to BEB re: confirmation hearing and January 23 issues; follow up call with A Dobin re: same | 1.30 | 663.00 |
| 1/22/24 | MMD | Review Text Order from Court re: January 23 hearings being conducted as status conference; discuss with A. Dobin | .10 | 51.00 |
| 1/22/24 | MMD | Review and analyze Plan submitted by Debtor/Supor parties; call with A. Dobin re: same | 1.80 | 918.00 |
| 1/23/24 | AD | Review proposal from BEB to modify plan to accommodate Supor option period. | .20 | 104.00 |
| 1/23/24 | AD | Attend pre-hearing continued meet and confer conference. | .50 | 260.00 |
| 1/23/24 | AD | Review Transcript of state court hearing re BEB interest rate; conference with M Dudas re same. | .40 | 208.00 |
| 1/23/24 | MMD | Review revised settlement terms from counsel to BEB; participate in call with counsel to Debtor/Supor, BEB and Chapter 11 Trustee re: continued settlement discussions; review updated e-mail on terms from Debtor/Supor and response by BEB | 1.20 | 612.00 |
| 1/23/24 | MMD | Participate in status conference with Court | 1.40 | 714.00 |

**MS&B**  McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/23/24 | MMD | Review Letter of Intent from Thor Realty | .20 | 102.00 |
| 1/23/24 | MMD | Relay outcome of January 23 hearings and next dates and deadlines to Trustee | .30 | 153.00 |
| 1/23/24 | MMD | Review Transcript of State Court litigation re: rate of interest; discuss with Trustee | .30 | 153.00 |
| 1/23/24 | MMD | Review additional offer for property | .10 | 51.00 |
| 1/24/24 | AD | Email exchange with B Schenker re challenge to interest rate on BEB's foreclosure judgment. | .20 | 104.00 |
| 1/24/24 | EET | Draft memorandum re: ISRA obligations in bankruptcy. | .40 | 188.00 |
| 1/24/24 | MMD | Review research re: I.S.R.A. issues relating to lease termination; discuss with Trustee | .20 | 102.00 |
| 1/24/24 | MMD | Review redlined comments to Plan and Disclosure Statement proposed by Debtor/Supor; review additional settlement comments; discuss with Trustee | .80 | 408.00 |
| 1/25/24 | AD | Email exchange with R Snyder re outstanding request to accountant; email to C Forman and M Holt requesting assistance in getting financial records. | .20 | 104.00 |
| 1/25/24 | AD | Research ISRA in bankruptcy; Email to M Dudas re same. | .70 | 364.00 |
| 1/25/24 | EET | Review, analyze and respond to correspondence re: issues w/ ISRA applicability. | .20 | 94.00 |
| 1/25/24 | MMD | Review further issues relating to ISRA-related sale/transfer issues | .40 | 204.00 |
| 1/25/24 | MMD | Review various e-mails re: confirmation hearing and related matters; discuss with Trustee | .40 | 204.00 |
| 1/26/24 | AD | Review current proposal from BEB; email in response. | .20 | 104.00 |
| 1/26/24 | MMD | Review various e-mails re: settlement discussions and joint plan to be filed by Supor and BEB; discuss with Trustee | .50 | 255.00 |
| 1/29/24 | AD | Attend settlement discussion. | .50 | 260.00 |
| 1/29/24 | AD | Email to Debtor's counsel re litigation v other tenants at the building - Gallery Development. | .20 | 104.00 |
| 1/29/24 | AD | Conference with M Dudas re coverage for tomorrow and structure of plan. | .20 | 104.00 |
| 1/29/24 | MMD | Review Objections by Debtor/Supor and BEB to respective 3018 claim motions | .40 | 204.00 |
| 1/29/24 | MMD | Review various Plan amendments; discuss status with Trustee | 1.20 | 612.00 |
| 1/30/24 | AD | Email from M Holt re Gallery Development. | .10 | 52.00 |
| 1/30/24 | AD | Review UST comments to Plan. | .10 | 52.00 |
| 1/30/24 | MMD | Participate in status conference; relay outcome to Chapter 11 Trustee | .50 | 255.00 |
| 1/30/24 | MMD | Review proposed documentation, including NDA, Consent Order, Third Amended Disclosure Statement; provide Trustee with comments | 1.00 | 510.00 |
| 1/31/24 | AD | Review Proposed Confirmation order. | .10 | 52.00 |
| 1/31/24 | AD | Email to group re need for separate eviction consent judgment. | .20 | 104.00 |
| 1/31/24 | AD | Draft Eviction Consent Order; email to M Dudas for review. | .70 | 364.00 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/31/24 | AD | Review Disclosure statement. | 1.30 | 676.00 |
| 1/31/24 | AD | Conference with M Dudas re issues in disclosure statement; telephone call with D Baker & B Schenker re issues in disclosure statement. | .90 | 468.00 |
| 1/31/24 | MMD | Review proposed changes to various confirmation documents, including filed Disclosure Statement, proposed Confirmation Order and related Consent Orders | 1.60 | 816.00 |
| 1/31/24 | MMD | Confer with Trustee re: plan issues and amendments proposed | .50 | 255.00 |
| 1/31/24 | MMD | Call with counsel to secured creditors and Trustee re: comments to proposed Disclosure Statement | .40 | 204.00 |
| 1/31/24 | MMD | Discuss Consent Order regarding eviction; review and revise; circulate to counsel and review comments | .70 | 357.00 |
| 2/01/24 | MMD | Review various e-mails, draft documents and filings relating to February 6 confirmation hearing; discuss issues with Trustee | 1.10 | 561.00 |
| 2/02/24 | AD | Conference with M Dudas re covering Tuesday's confirmation. | .10 | 52.00 |
| 2/02/24 | MMD | Review limited Objection filed by US Trustee to confirmation | .10 | 51.00 |
| 2/05/24 | AD | Review UST Objection to Plan. | .20 | 104.00 |
| 2/05/24 | AD | Telephone call with parties re UST objection; Email to M Dudas re outcome of meeting; Review modified confirmation order. | .60 | 312.00 |
| 2/05/24 | MMD | Review final changes to confirmation order and related documents; discuss with Trustee and prepare for confirmation hearing | .70 | 357.00 |
| 2/06/24 | AD | Conference with M Dudas are outcome of confirmation hearing. | .20 | 104.00 |
| 2/06/24 | MMD | Participate in confirmation hearing; relay outcome to Trustee | 1.00 | 510.00 |
| 2/07/24 | MMD | Review entered Order confirming Plan | .10 | 51.00 |
| 2/09/24 | MMD | Review and analyze proposed sale requirements proposed by Debtor/Mr. Supor relating to buyer due diligence in data room | .30 | 153.00 |
| 2/13/24 | MMD | Review offer submitted by Marcus Partners and withdrawal of Thor Equities offer | .10 | 51.00 |
| 2/15/24 | MMD | Review various e-mails regarding status of offers, submissions of NDAs and access to property; discuss with A. Dobin | .50 | 255.00 |
| 2/20/24 | AD | Conference with M Dudas re structure of complaints. | .10 | 52.00 |
| 2/20/24 | MMD | Review and analyze, dates, deadlines and requirements of Order confirming Plan as it relates to Trustee's duties | .50 | 255.00 |
| 2/20/24 | MMD | Revise Complaint vs. TeamDream and Gallery Development; discuss issues with Trustee; obtain updated corporate status reports for Team Dream and AD3D-ADND | 1.80 | 918.00 |
| 2/21/24 | MMD | Discuss issues relating to causes of action against TeamDream; further revise Complaint and forward to Trustee for comment | .80 | 408.00 |
| 2/21/24 | MMD | Review correspondence relating to turnover of Supor shares; discuss with Trustee | .10 | 51.00 |
| 2/22/24 | MMD | Review issues relating to confirmation and effective date of Plan; review e-mail from A. Dobin re: same | .20 | 102.00 |

**MS&B** McMANIMON · SCOTLAND · BAUMANN    75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

**TOTAL PROFESSIONAL SERVICES**            $ 53,924.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ANDREA DOBIN | 15.80 | 505.00 | 7,979.00 |
| ANDREA DOBIN | 21.30 | 520.00 | 11,076.00 |
| MICHELE M. DUDAS | 28.50 | 470.00 | 13,395.00 |
| MICHELE M. DUDAS | 40.10 | 510.00 | 20,451.00 |
| BERNADETTE B. CHILLEMI | 1.00 | 190.00 | 190.00 |
| ERIC E. TOMASZEWSKI | 1.40 | 470.00 | 658.00 |
| TERRI OLSEN | 1.00 | 175.00 | 175.00 |
| **Total** | **109.10** | | **$ 53,924.00** |

## DISBURSEMENTS

| Description | Amount |
|---|---|
| Filing Fee | 100.00 |
| Postage | 80.51 |
| Westlaw | 39.67 |
| Virtual Court Conference | 250.00 |
| BUSINESS RECORDS SERVICE | 50.00 |
| PACER | 133.70 |
| Inside Duplicating | 502.40 |
| Overnight Express Mail | 368.05 |

**TOTAL DISBURSEMENTS**            $ 1,524.33

**TOTAL THIS INVOICE**            $ 55,448.33



March 29, 2024

Andrea Dobin, Trustee

| | |
|---|---:|
| Invoice #: | 221840 |
| Client #: | 18811 |
| Matter #: | 1149 |
| Billing Attorney: | AD |

# REMITTANCE

RE:  **Supor Properties Bergen Avenue LLC - Legal time**

| | |
|---|---:|
| **BALANCE DUE THIS INVOICE** | **$ 55,448.33** |

**All checks should be made payable to:**
(Please return this page with payment.)

**McManimon, Scotland & Baumann, LLC**
ATTN: Accounting Department
75 Livingston Avenue - 2nd Floor
Roseland, NJ 07068

**For payment by wire or ACH in USD:**

Please contact for instructions:
banking@msbnj.com
Or call:
Donna Young       (973) 622-5262

Kindly reference your Invoice **221840** and client-matter number **18811-1149** on all payments.

If you would like to receive your bills via e-mail, please notify billing@msbnj.com.

## INVOICES ARE PAYABLE UPON RECEIPT

### Thank you for your continued confidence in MS&B