UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
*ATTORNEYS FOR ANDREA DOBIN,
CHAPTER 11 TRUSTEE*

IN RE:

Supor Properties Bergen Avenue LLC,

      Debtor.

Case No. 23-15758(SLM)

Hearing Date: May 7, 2024
at 2:30 p.m.

Honorable Stacey L. Meisel, U.S.B.J.

## ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES & EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC COUNSEL TO ANDREA DOBIN, CHAPTER 11 TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**(Page 2)**
Debtor: Supor Properties Bergen Avenue LLC
Case No: 23-15758(SLM)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $53,924.00 together with the sum of $1,524.33 for out-of-pocket disbursements, for a total allowance of $55,448.33 without prejudice to said counsel's right to seek additional allowances.

4884-4423-8003, v. 1