UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**McManimon, Scotland & Baumann, LLC**
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
*Attorneys for Andrea Dobin,*
*Chapter 11 Trustee*

| In Re: | Case No. 23-15758(SLM) |
|---|---|
| Supor Properties Bergen Avenue LLC, | Honorable Stacey L. Meisel, U.S.B.J. |
| Debtor. | Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, _____Terri E. Olsen_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the assistant/paralegal for _____Andrea Dobin, the Chapter 11 Trustee_____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __4.5.2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Fee Application for McManimon Scotland & Baumann, LLC
   Affidavit of Andrea Dobin
   Proposed Order
   Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   4.5.2024                                               /s/ *Terri E. Olsen*
                                                                    Terri E. Olsen

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Supor Properties Bergen Avenue LLC<br>433 Bergen Avenue<br>Kearny, NJ  07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Charles M. Forman, Esq.<br>Forman Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ  07662 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Michael Holt, Esq.<br>Forman Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ  07662 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Caitlin C. Conklin, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>1085 Raymond Blvd<br>Newark, NJ  07102 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Albert A. Ciardi, III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA  19103 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Daniel Eliades, Esq.<br>David Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>1085 Raymond James Blvd<br>Newark, NJ  07102 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |

| | | |
|---|---|---|
| Derek J. Baker, Esq.<br>Reed Smith LLP<br>Princeton Forrestal Village<br>136 Main Street<br>Suite 250<br>Princeton, NJ  08540 | Requested Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the Rule if applicable.)*) |
| Jeffrey E. Tomei, Esq.<br>Tomei & Tomei PLLC<br>963 Post Avenue, 2nd Floor<br>Staten Island, NY  10302 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the Rule if applicable.)*) |
| BEB Credit Group II LLC<br>26 Harbor Park Drive<br>Port Washington, NY 11050 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the Rule if applicable.)*) |
| Office of US Trustee<br>One Newark Center<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the Rule if applicable.)*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4893-0374-3667, v. 1